IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRW, INC., a Nebraska corporation,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>vs.  )  <br>  )  <br>GLORIA JEAN'S GOURMET  )  <br>COFFEES FRANCHISING CORP.,  )  <br>an Illinois corporation,  )  <br>  )  <br>  Defendant.  )  | 4:04CV3005  <br><br>**MEMORANDUM**  <br>**AND ORDER** |

By August 17, 2004 order of the court, this action was stayed pending arbitration and the parties were directed to file a status report, not less than once every six months, regarding the progression of their arbitration. (Filing 38.) Neither party has filed a status report. I will order the parties to show cause why this action should not be dismissed for noncompliance with the court's earlier order.

IT IS ORDERED:

1. The parties shall show cause within 10 days of the date of this order why this action should not be dismissed for noncompliance with the court's order in filing 38; and

2. In the absence of a timely showing of cause, this action will be dismissed without further notice pursuant to Fed. R. Civ. P. 41 and NECivR 41.1.

September 28, 2005.                                        BY THE COURT:
                                                                            *s/ Richard G. Kopf*
                                                                            United States District Judge