IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRW, INC., a Nebraska corporation, | ) | 4:04CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GLORIA JEAN'S GOURMET COFFEES FRANCHISING CORP., an Illinois corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The parties have responded to a show cause order by showing that this matter is set for arbitration proceedings on January 23-26, 2006. I will order the parties to provide a status report on February 1, 2006.

IT IS ORDERED:

1. The parties shall file a joint status report, or separate status reports, on February 1, 2006 advising the court of the status of the arbitration proceedings;

2. The Clerk of the Court is directed to enter a case management deadline indicating that status reports are due on February 1, 2006; and

3. In the absence of a timely status report filed in compliance with this order, this action will be dismissed pursuant to Fed. R. Civ. P. 41, and NECivR 41.1, without further notice.

October 26, 2005.                                    BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge