IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRW, INC., a Nebraska Corporation, | ) | 4:04CV3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| GLORIA JEAN'S GOURMET | ) | |
| COFFEES FRANCHISING CORP., | ) | |
| an Illinois Corporation | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the plaintiff's stipulation and motion for dismissal, the defendant's oral representation to the court that it concurs in the motion, and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear her or its own costs, expenses and attorneys' fees, complete record waived.

February 20, 2007                BY THE COURT:

                                 *s/ Richard G. Kopf*
                                 United States District Judge